Leonard JOHNSON et al., DBA Kemper Body Shop, et al., Movant, v. Ben T. QUINN and Elizabeth Quinn, Opposed.

Court of Appeals of Kentucky

October 12, 1948.

Funk, Chancellor & Darnell for movant.

William A. Young opposed.

PER CURIAM.

The motion is overruled, appeal denied, and judgment is affirmed.

Howard GORDON, Movant, v. COMMONWEALTH of Kentucky, Opposed.

Court of Appeals of Kentucky

October 15, 1948.

James G. Begley and T. J. Underwood for movant.

A. E. Funk, Attorney General, and Zeb A. Stewart, Assistant Attorney General, opposed.

PER CURIAM.

Appeal denied. Judgment affirmed.